UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :   Hon. Stanley R. Chesler

                v.             :   Criminal Number 08-176 (SRC)

KENNETH P. CAMPBELL, and       :   ORDER FOR CONTINUANCE
PETER O. STRANNEMAR

        This matter having come before the Court on the joint
application of Christopher J. Christie, United States Attorney
for the District of New Jersey (by Anthony Moscato, Assistant
U.S. Attorney), and defendants Kenneth P. Campbell (by his
attorney Brian J. Neary, Esq.) and Peter O. Strannemar (by his
attorney William R. Lundsten, Esq.) for an order granting a
continuance of the proceedings in the above-captioned matter for
60 days, and the defendants being aware that they have the right
to have the matter brought to trial within 70 days of the date of
each defendant's appearance before a judicial officer of this
court pursuant to Title 18 of the United States Code, Section
3161(c)(1), and as the defendants have consented to such a
continuance, and for good and sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        1.   Plea negotiations are currently in progress, and
both the United States and the defendants desire additional time
to negotiate a plea agreement, which would render any trial of
this matter unnecessary; and

2.    Each defendant has consented to the aforementioned continuance; and

3.    Under Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this 17th day of April, 2008,

ORDERED that this matter be, and it hereby is, continued from April 17, 2008 through June 13, 2008;

IT IS ORDERED that the period from April 17, 2008 through June 13, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

HON. STANLEY R. CHESLER
United States District Judge

Form and entry consented to:

_____
Anthony Moscato
Assistant U.S. Attorney

_____
Brian J. Neary, Esq.
Counsel for Kenneth P. Campbell

_____
William R. Lundsten
Counsel for Peter O. Strannemar

2.   Each defendant has consented to the aforementioned continuance; and

3.   Under Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this _____ day of April, 2008,

ORDERED that this matter be, and it hereby is, continued from April 17, 2008 through June 13, 2008;

IT IS ORDERED that the period from April 17, 2008 through June 13, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).


_____
HON. STANLEY R. CHESLER
United States District Judge


Form and entry consented to:


_____
Anthony Moscato
Assistant U.S. Attorney

_____
Brian J. Neary, Esq.
Counsel for Kenneth P. Campbell

_____
William R. Lundsten
Counsel for Peter O. Strannemar