UNITED STATES DISTRICT COURT
                                      DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :   Hon. Stanley R. Chesler

           v.                     :   Criminal Number 08-176 (SRC)

KENNETH P. CAMPBELL,              :   ORDER FOR CONTINUANCE
PATRICK CAMPBELL, and
ANTHONY AMBROSIO

      This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney), and defendants Kenneth P. Campbell (by his attorney Brian J. Neary, Esq.), Patrick Campbell (by his attorney Dennis McAlevy, Esq.), and Anthony Ambrosio (by his attorney Anthony J. Iacullo, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of each defendant's appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary; and

2. Each defendant has consented to the aforementioned continuance; and

3. Under Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this 3rd day of September, 2008, it is hereby ORDERED as follows:

4. Defendants will file pretrial motions on September 26, 2008.

5. The United States will file responses to pretrial motions on October 10, 2008.

6. Defendants will file reply briefs on October 17, 2008.

7. The Court will hear motions on October 20, 2008.

8. Trial will commence on November 5, 2008.

9. This matter will be continued from August 20, 2008 to November 5, 2008 and that period shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

HON. STANLEY R. CHESLER
United States District Judge

2

Form and entry consented to:

_____
Anthony Moscato
Assistant U.S. Attorney


_____
Brian J. Neary, Esq.
Counsel for Kenneth P. Campbell


_____
Dennis McAlevy, Esq.
Counsel for Patrick Campbell


_____
Anthony J. Iacullo, Esq.
Counsel for Anthony Ambrosio

3

Form and entry consented to:

_____
Anthony Moscato
Assistant U.S. Attorney

_____
Brian J. Neary, Esq.
Counsel for Kenneth P. Campbell

_____
Dennis McAlevy, Esq.
Counsel for Patrick Campbell

_____
Anthony J. Iacullo, Esq.
Counsel for Anthony Ambrosio