LAW OFFICES
BRIAN J. NEARY
21 Main Street
Court Plaza South, East Wing
Hackensack, New Jersey 07601
(201) 488-0544
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

KENNETH CAMPBELL,

   Defendant.

---

CASE NO. 2:08-cr-00176 (SRC)

  THIS MATTER having been opened to the Court on the application of Brian J. Neary, counsel for Defendant Kenneth Campbell and Kenneth Campbell requesting an adjournment of the April 1, 2009 surrender date; and without objection from the United States Attorney's Office and United States Pretrial Services; and for good cause shown;

  IT IS on this __27__ day of March, 2009;

  ORDERED that Kenneth Campbell's surrender date of April 1, 2009 is hereby extended to May 15, 2009; and it is further

ORDERED that Kenneth Campbell must surrender on May 15, 2009 before noon to MDC Brooklyn.

_____
HONORABLE STANLEY R. CHESLER, U.S.D.J.