LAW OFFICES
BRIAN J. NEARY
21 Main Street
Court Plaza South, East Wing
Hackensack, New Jersey 07601
(201) 488-0544
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA, :
:
Plaintiff, :
: CASE NO. 2:08-cr-00176 (SRC)
vs. :
:
KENNETH CAMPBELL, :
:
Defendant. :

---

THIS MATTER having been opened to the Court on the application of Brian J. Neary, counsel for Defendant Kenneth Campbell and Kenneth Campbell requesting an adjournment of the May 15, 2009 surrender date; and with the consent of United States Pretrial Services; and over the objection of the United States Attorney's Office; and for good cause shown;

IT IS on this _13th_ day of May, 2009;

ORDERED that Kenneth Campbell's surrender date of May 15, 2009 is hereby extended to June 15, 2009; and it is further

ORDERED that Kenneth Campbell must surrender on June 15, 2009 before noon to MDC Brooklyn.

STANLEY R. CHESLER
United States District Judge